# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, 8TH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1188
FAX: 212-465-1181
INFO@LEELITIGATION.COM

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____                │
│ DATE FILED:  02/23/26                │
└─────────────────────────────────────┘
```

WRITER'S DIRECT:        (212) 465-1188
                        cklee@leelitigation.com

February 20, 2026

**Via ECF**
The Honorable Barbara Moses, U.S.M.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

## MEMO ENDORSED

Re:    *Villalva v. A Modo Nostro LLC. et al*
       Case No. 1:25-cv-10205

Dear Judge Moses:

We represent Plaintiff in the above referenced action and write, jointly with counsel to Defendants, to request that the Court adjourn the initial conference scheduled for March 19, 2026. *See* the Court order dated February 13, 2026.

The parties were referred to mediation by the Court on December 19, 2025 (Dkt. No. 8) and the mediation is currently scheduled for March 19, 2026. In order to conserve judicial resources and save litigation costs for all parties, the parties respectfully request that the Court adjourn the initial conference pending the outcome of the mediation. This is the parties' first request for adjournment.

We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

Application GRANTED. The conference previously scheduled for March 19, 2026, is ADJOURNED to **April 21, 2026 at 10:00 a.m.** All other provisions of the Court's Initial Case Management Order (Dkt. 12) remain in effect, including a joint status letter, now due no later than **April 14, 2026.**

SO ORDERED.

February 23, 2026

Barbara Moses, U.S.M.J.