USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  04/20/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCIO VILLALVA, *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,

Plaintiff,

-against-

A MODO NOSTRO LLC, et al.,

Defendant.

---

25-CV-10205 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Initial Case Management Conference in the above captioned case, previously scheduled for April 21, 2026 (*see* Dkts. 12, 14), is ADJOURNED *sine die*.

Dated: New York, New York
April 20, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**