UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUCIO VILLALVA, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

                        Plaintiff,

        v.

A MODO NOSTRO LLC
        d/b/a 314 PIZZA, PASTA & COCKTAIL BAR,
ANDREW LOPRESTO, and
BRUNO MOLFETTA,
                        Defendants.

Case No.: 1:25-cv-10205

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants having offered to allow Plaintiff Lucio Villalva ("Plaintiff") to take a judgment against them, in the sum of Five Thousand Dollars and No Cents ($5,000.00), to resolve all of Plaintiff's individual claims against Defendants, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 17, 2026 and filed as Exhibit A to Docket Number 16;

**WHEREAS**, on April 17, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 16);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Lucio Villalva, in the sum of $5,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated April 17, 2026 and filed as Exhibit A to Docket Number 16. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: _April 21, 2026
        New York, New York

_____
                        U.S.D.J.